AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MOHAMMAD KAHVAND

V.

MICHAEL B. MUKASEY, Attorney General of the United States, et. al.

CASE NUMBER: **07 C 7161**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Ruth A. Dorochoff, District Director,
U.S. Citizenship and Immigration Services
Chicago District Office
101 West Congress Parkway
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Shine
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___Sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

December 20, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/20/2007 |
| NAME OF SERVER *(PRINT)* <br> JOHN SHINE | TITLE <br> ATTORNEY |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify):   VIA CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/14/2008         *[signature]*
            Date                             Signature of Server

122 S. Michigan Ave. Suite 1800
Chicago, Il 60603

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# MINSKY, McCORMICK & HALLAGAN, P.C.

ATTORNEYS AND COUNSELORS

Joseph Minsky (1925-1992)
Margaret H. McCormick
James Hallagan

Derek W. Strain
Stephen W. Tarnoff
Gena D. Lewis
John F. Shine
Patricia A. Luna

December 20, 2007

Ruth A. Dorochoff, District Director,
U.S. Citizenship and Immigration Services
Chicago District Office
101 West Congress Parkway
Chicago, IL 60605

By Certified Mail:

**RE:** Mohammad Kahvand v. Michael B. Mukasey, Attorney General of the United States; Robert Mueller, Director of Federal Bureau of Investigation; Michael Chertoff, Secretary of Department of Homeland Security; Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services; Ruth A. Dorochoff, District Director, U.S. Citizenship and Immigration Services, Chicago District Office

**Case No.: 07 cv 7161**

Dear Ms. Dorochoff:

I am the attorney for the Plaintiff in the above-referenced case. You are one of the five Defendants. Please find enclosed the Summons and Complaint in the above-referenced case.

Sincerely,

John Shine
Attorney at Law



122 S. Michigan Ave.
Suite 1800
Chicago, IL 60603
(312) 427-6163 phone
(312) 427-6513 fax
www.mmhpc.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) _BRAFTON ld_ C. Date of Delivery |
| 1. Article Addressed to:<br>Ruth A. Dorochoff<br>District Director<br>U.S. Citizenship & Immigration<br>Chicago District Office<br>101 W. Congress Pkwy.<br>Chicago, IL 60605 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>DEC 2 6 2007<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0002 2293 8817 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7005 2570 0002 2293 8817

Sent To: Ruth Dorochoff
Street, Apt. No.; or PO Box No.: 101 W. Congress Pkwy
City, State, ZIP+4: Chicago IL 60605

PS Form 3800, June 2002    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0002 2293 8817**
Status: **Delivered**

Your item was delivered at 1:17 PM on December 26, 2007 in CHICAGO, IL 60605.

[ Additional Details > ]  [ Return to USPS.com Home > ]



Track & Confirm

Enter Label/Receipt Number.

[ Go > ]

