AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MOHAMMAD KAHVAND

V.

MICHAEL B. MUKASEY, Attorney General of the United States, et. al.

CASE NUMBER: **07 C 7161**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Robert Mueller
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Shine
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Anya Ellis*

**(By) DEPUTY CLERK**

**December 20, 2007**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/20/2007 |
| NAME OF SERVER *(PRINT)* JOHN SHINE | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): VIA CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/14/2008
Date

*Signature of Server*

122 S. Michigan Ave. Suite 1800
Chicago, Il 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Postal Service™ |
| --- |
| **CERTIFIED MAIL™ RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* |
| For delivery information visit our website at www.usps.com® |

OFFICIAL USE

| | |
| --- | --- |
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 2570 0002 2293 8732

Sent To: Robert Mueller
Street, Apt. No. or PO Box No.: 935 Pennsylvania Ave.
City, State, ZIP+4: Washington, D.C. 20535

PS Form 3800, June 2002  See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 2570 0002 2293 8732**
Status: **Delivered**

Your item was delivered at 3:08 AM on December 26, 2007 in WASHINGTON, DC 20535.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA


