UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jose Munoz

              Plaintiff,

v.                                         Case No.: 1:08–cv–00979
                                                Honorable Wayne R. Andersen

Michael B. Mukasey, et al.

              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                                                                          /s/ Wayne R. Andersen

                                                                          United States District Judge