UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mr. JOSE MUNOZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 08 C 979 |
| v. ) | |
| ) | Hon. Judge Andersen |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated this 21st day of May, 2008.

Respectfully submitted,

/s John Shine
John Shine
Attorney for Plaintiff Jose Munoz

Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603
312-427-6163
jshine@mmhpc.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached Notice of Dismissal was served on May 21, 2008, in accordance with FED. R. CIV P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (EFC) system as to ECF filers.

                    By:    s/ John Shine
                              JOHN SHINE
                              Minsky, McCormick and Hallagan, P.C.
                              122 S. Michigan Ave. Suite 1800
                              Chicago, IL 60603
                              312-427-6163